1  Lawrence H. Meuers, Esq. (SBN 197663)
   **MEUERS LAW FIRM, P.L.**
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  Attorneys for Plaintiff

6

7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9                      **OAKLAND DIVISION**

10 | HENRY AVOCADO CORPORATION d/b/a CUSTOMRIPE AVOCADO COMPANY, | Case No.: 10-cv-02251-SBA |
11 |
12 | Plaintiff, |
13 | vs. |
14 | P.Y. PRODUCE, LLC, *et al.*, |
15 | Defendants. |

16  **ORDER APPROVING AMENDED STIPULATION FOR SETTLEMENT UNDER**
17  **THE PERISHABLE AGRICULTURAL COMMODITIES ACT OF 1930**

18       Presently before this Court is the Amended Stipulation For Settlement Under

19  The Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e filed

20  by Plaintiff, Henry Avocado Corporation, a California corporation doing business as

21

22  CustomRipe Avocado Company ("CustomRipe"), and Defendants, P.Y. Produce, LLC

23  ("P.Y. Produce") and Jose Gomez.  Having considered the Stipulation and being

24  otherwise fully advised in the premises,

25
    **IT IS HEREBY ORDERED:**
26

27       A.     Plaintiff is a valid trust beneficiary of Defendants under Section 5(c) of

28  Order Approving Stipulation for Settlement                              Page 1 of 3

the PACA, 7 U.S.C. §499e(c), in the aggregate amount of $81,732.00 (the "Settlement Amount").

B. The Settlement Amount shall be paid in accordance with the terms of the Parties' Settlement Agreement and Mutual Release ("Agreement").

C. Upon full payment in accordance with the Agreement, Plaintiff must stipulate to dismiss the instant action with prejudice.

D. In the event of default as defined in the Agreement, Plaintiff may pursue the remedies set forth in the Agreement.

E. The Temporary Restraining Order entered by this Court May 19, 2009 is hereby dissolved and rendered ineffective as to all Defendants.

F. The hearing on Plaintiff's Motion for Preliminary Injunction previously set for June 9, 2010 is hereby vacated.

G. Neither the parties' Stipulation nor the Agreement is a waiver of Plaintiff's rights under the statutory trust provision of PACA, or an extension of the Parties' payment terms under Plaintiff's invoices.

H. Jurisdiction to reopen this case and to enforce the terms of this Stipulation and the Agreement shall rest with a Magistrate Judge of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** in Chambers at Oakland, California this _22nd day of July, 2010.

_____
Honorable Saundra B. Armstrong
United States District Judge

Order Approving Stipulation for Settlement                                      Page 2 of 3